Cristina Perez Hesano (#027023)
cperez@perezlawgroup.com
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

Terence R. Coates *(Pro Hac Vice)*
tcoates@msdlegal.com
Jonathan T. Deters *(Pro Hac Vice)*
jdeters@msdlegal.com
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone 513.651.3700
Fax 513.665.0219

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Dode Hammack,** on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>**Cardiovascular Consultants Ltd.,**<br><br>                              Defendant. | Case No. 2:23-cv-04579-SPL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dode Hammack, hereby gives notice that his claims in this action against Defendant Cardiovascular Consultants LTD., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 26, 2024.     Respectfully Submitted,

*/s/ Cristina Perez Hesano*
Cristina Perez Hesano (#027023)
*cperez@perezlawgroup.com*
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

Terence R. Coates *(Pro Hac Vice Forthcoming)*
*tcoates@msdlegal.com*
Jonathan T. Deters *(Pro Hac Vice Forthcoming)*
*jdeters@msdlegal.com*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone 513.651.3700
Fax 513.665.0219

***Counsel for Plaintiff and the Class***

**CERTIFICATE OF SERVICE**

I, Cristina Perez Hesano, hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 26th day of February, 2024.

PEREZ LAW GROUP, PLLC,

By: */s/ Cristina Perez Hesano*
Cristina Perez Hesano (#027023)
cperez@perezlawgroup.com
PEREZ LAW GROUP, PLLC
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: (602) 730-7100
Facsimile: (623) 235-6173