IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dode Hammock,<br><br>            Plaintiff,<br>vs.<br><br>Cardiovascular Consultants Limited,<br><br>            Defendant. | No.  CV-23-02579-PHX-SPL<br><br>**ORDER** |

Having reviewed the Notice of Voluntary Dismissal (Doc. 16),

**IT IS ORDERED** that this matter is **dismissed without prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 27th day of February, 2024.

_____
Honorable Steven P. Logan
United States District Judge